UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRACE TRUJILLO,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al.,

Defendants.

No. 2:25-cv-02092-TLN-AC

**ORDER**

Before the Court is Plaintiff Grace Trujillo's ("Plaintiff") Motion to Remand the action to state court. (ECF No. 13.) Defendants do not oppose the Motion. (ECF No. 14.)

Defendants removed this action on the basis of federal question jurisdiction 28 U.S.C. § 1331, because Plaintiff originally pleaded a federal Family and Medical Leave Act ("FMLA") claim. (ECF No. 1.) Plaintiff has since amended her complaint and dropped the FMLA claim. (ECF No. 9.)

Consequently, the Court has no subject matter jurisdiction over this action. No federal question exists as the First Amended Complaint asserts only state law causes of action. (*See id.*) Moreover, complete diversity of citizenship does not exist among the parties, as all parties are citizens of the State of California, precluding jurisdiction under 28 U.S.C. § 1332. (ECF No. 13.)

Having reviewed the parties' submissions and with good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Remand (ECF No. 13) is GRANTED.

2. This action is REMANDED to the Sacramento County Superior Court (Case No. 25-CV-011958) for all further proceedings, pursuant to 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to mail a certified copy of this Order to the Sacramento County Superior Court Clerk.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATE: October 5, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE